**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.M., individually and as co-successor-in-interest to Decedent CHRISTOPHER MURPHY, by and through his Guardian-Ad-Litem KRISTINA COMPHER; C.M., individually and as co-successor-in-interest to Decedent CHRISTOPHER MURPHY, by and through his Guardian-Ad-Litem KRISTINA COMPHER; and A.M., individually and as co-successor-in-interest to Decedent CHRISTOPHER MURPHY, by and through her Guardian-Ad-Litem KRISTINA COMPHER,<br><br>Plaintiffs,<br>v.<br><br>ADAM POOLE, individually; MICHAEL SIMPSON, individually; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | CASE NO.:2:17-cv-2415<br><br>**ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFFS** |

**ORDER**

Having considered the application of Kristina Compher to be appointed as guardian ad litem for the minor plaintiffs, C.M., G.M., and A.M., and for good cause shown, IT IS HEREBY ORDERED THAT Kristina Compher is hereby appointed as guardian ad litem for the minor plaintiffs C.M., G.M., and A.M., for purposes of representing the minor's interests in this action.

IT IS SO ORDERED:

Dated: January 8, 2018

_____
Troy L. Nunley
United States District Judge