**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al; | Case No.: 2:17-cv-02415-TLN-CKD |
| Plaintiff, | STIPULATION AND ORDER TO SET A CASE SCHEDULE |
| vs. | |
| ADAM POOLE, et al. | |
| Defendant. | |

STIPULATION AND ORDER
- 1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS, the parties met and conferred

WHEREAS, on November 15, 2017, Plaintiffs filed their Complaint. (Doc. 5).

WHEREAS, on January 5, 2018, Defendants filed a motion to dismiss. (Doc. 7).

WHEREAS, on September 19, 2019, the Court granted the motion to dismiss but granted Plaintiffs leave to amend. (Doc. 16).

WHEREAS, on October 11, 2019, Plaintiffs filed a First Amended Complaint. (Doc. 17).

WHEREAS, on October 30, 2019, Defendants filed their Answer. (Doc. 18).

WHEREAS, on August 24, 2020, Plaintiffs filed a Motion for Leave to file a Second Amended Complaint. (Doc. 26; 28).

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Sacramento, Alameda and San Francisco to issue shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has only recently begun to be less restrictive;

WHEREAS, the shelter-in-place order has closed the law offices of plaintiffs' counsel and delayed both sides ability to conduct discovery;

WHEREAS, the parties recently met and conferred and agreed on a case schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | October 4, 2021 |
| Expert Witness Disclosures: | October 4, 2021 |
| Rebuttal Expert Witness Disclosures: | October 18, 2021 |
| Expert Discovery Cutoff: | November 5, 2021 |
| Last Day to File Dispositive Motion | November 19, 2021 |

/

/

/

/

IT IS SO AGREED.

Dated: March 24, 2021

/s/Patrick Buelna
PATRICK M. BUELNA
Attorneys for Plaintiffs

Dated: March 25, 2021

/s/LeeAnn E. Whitmore  (auth. 3/25/21)
LeeAnn E. Whitmore
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
Troy L. Nunley
United States District Judge