**MELISSA C. NOLD, SBN 301378**
Nold Law
521 Georgia Street
Vallejo, CA 94590
707-644-4004
Email: melissa@noldlaw.com

**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>POOLE, et al.,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-02415-TLN-CKD<br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY AND DISPOSITIVE MOTION SCHEDULE** |

　　　　IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

　　　　WHEREAS, the parties are diligently working to schedule and take several depositions in the current case. Provided that parties still have outstanding depositions to take that are necessary to the case, parties believe that extending the date for fact discovery will provide additional time to complete all necessary depositions and conclude essential discovery;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | October 4, 2021 |
| Expert Witness Disclosures: | October 4, 2021 |
| Rebuttal Expert Witness Disclosures: | October 18, 2021 |
| Expert Discovery Cutoff: | November 5, 2021 |
| Last Day to File Dispositive Motion: | November 19, 2021 |

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | January 03, 2022 |
| Expert Witness Disclosures: | March 03, 2022 |
| Rebuttal Expert Witness Disclosures: | April 04, 2022 |
| Expert Discovery Cutoff: | June 04, 2022 |
| Last Day to File Dispositive Motion: | August 03,2022 |

**IT IS SO AGREED.**

Dated: September 28, 2021         POINTER & BUELNA, LLP

**/s/  Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  September 28, 2021         OFFICE OF THE ATTORNEY GENERAL

**/s/ LeeAnn Whitemore (Auth. 9/28/21)**
LeeAnn E. Whitmore
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: October 1, 2021

_____
Troy L. Nunley
United States District Judge

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400