**ADANTE D.  POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com


Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al. | Case No.: 2:17-CV-02415-TLN-CKD |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |
| ADAM POOLE, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to complete fact discovery in the current case. Due to impacted schedules of parties and deponents, the parties still have outstanding depositions to take that are necessary to the case, and parties believe that modifying the current case schedule will provide additional time to complete all necessary depositions and efficiently litigate the case moving forward;

WHEREAS, the Court issued an order setting discovery deadlines on October 4, 2021 (ECF 43).

WHEREAS, the Court granted a time modification on January 5, 2022, approving the parties' joint stipulation to extend the fact discovery deadline (ECF 45).

NOW THEREFORE, for good cause, the parties stipulate as follows: Subject to the Court's approval, the Case Management schedule should be modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | February 3, 2022 | **April 4, 2022** |
| Initial Expert Witness Disclosures | March 3, 2022 | **May 3, 2022** |
| Rebuttal Expert Witness Disclosures | April 4, 2022 | **June 3, 2022** |
| Close of Expert Discovery | June 4, 2022 | **August 4, 2022** |
| Dispositive Motions | August 3, 2022 | **October 3, 2022** |

WHEREAS the parties would be amenable to a Status Conference call with the Court, if necessary, at a time that is most convenient for the Court, to further discuss this issue.

**IT IS SO STIPULATED.**

The undersigned attests that permission in the filing of this documents has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

Dated:  February 1, 2022

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorney for PLAINTIFFS

Dated:  February 1, 2022

/s/ LeeAnn Whitmore
LEEANN WHITMORE
Attorney for DEFENDANTS

**IT IS SO ORDERED.**

Dated: February 2, 2022

Troy L. Nunley
United States District Judge