**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al., | CASE NO.:  2:17-cv-02415-TLN-CKD |
| Plaintiffs, | STIPULATION AND ORDER TO MODIFY DISCOVERY AND MOTION DEADLINES |
| v. | |
| POOLE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to schedule and take the remaining Depositions in the current case. Provided that parties have had to change dates and accommodations and due to impacted schedules of parties and deponents, the parties still have outstanding depositions to take that are necessary to the case, parties believe that extending the date for fact discovery will provide additional time to complete all necessary depositions and conclude essential discovery;

WHEREAS, the current discovery schedule is set as:

Fact Discovery Cut-Off:                    April 04, 2022

| | |
|---|---|
| Expert Witness Disclosures: | May 03, 2022 |
| Rebuttal Expert Witness Disclosures: | June 03, 2022 |
| Expert Discovery Cutoff: | August 04, 2022 |
| Last Day to File Dispositive Motion: | October 03, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the fact discovery deadline as proposed below:

| | |
|---|---|
| Fact Discovery Cut-Off: | **July 08, 2022** |
| Expert Witness Disclosures: | **August 08, 2022** |
| Rebuttal Expert Witness Disclosures: | **September 08, 2022** |
| Expert Discovery Cutoff: | **October 11, 2022** |
| Last Day to File Dispositive Motion: | **December 08, 2022** |

**IT IS SO AGREED.**

Dated: March 25, 2022                    POINTER & BUELNA, LLP

                                         **/s/  Patrick M. Buelna**
                                         PATRICK M. BUELNA
                                         Attorneys for Plaintiff

Dated: March 25, 2022                    OFFICE OF THE ATTORNEY GENERAL

                                         **/s/ LeeAnn E. Whitmore** (auth. 03/25/22)
                                         LeeAnn E. Whitmore
                                         Attorney for Defendants

**IT IS SO ORDERED.**

DATED: March 29, 2022

Troy L. Nunley
United States District Judge