**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al., | CASE NO.: 2:17-cv-02415-TLN-CKD |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO MOVE FACT DISCOVERY DEADLINE |
| POOLE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to schedule and take the remaining Depositions in the current case. Provided that parties have had to change dates and accommodations and due to impacted schedules of parties and deponents, the parties still have outstanding depositions to take that are necessary to the case, parties believe that extending the date for fact discovery will provide additional time to complete all necessary depositions and conclude essential discovery;

WHEREAS, the current discovery schedule is set as:

Fact Discovery Cut-Off:                    July 8, 2022

| | |
|---|---|
| Expert Witness Disclosures: | August 8, 2022 |
| Rebuttal Expert Witness Disclosures: | September 8, 2022 |
| Expert Discovery Cutoff: | October 11, 2022 |
| Last Day to File Dispositive Motion: | December 8, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the fact discovery deadline as proposed below:

| | |
|---|---|
| Fact Discovery Cut-Off: | September 8, 2022 |
| Expert Witness Disclosures: | October 8, 2022 |
| Rebuttal Expert Witness Disclosures: | November 8, 2022 |
| Expert Discovery Cutoff: | December 11, 2022 |
| Last Day to File Dispositive Motion: | January 8, 2023 |

**IT IS SO AGREED.**


Dated: June 8, 2022              POINTER & BUELNA, LLP

**/s/  Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: June 8, 2022              OFFICE OF THE ATTORNEY GENERAL

**/s/**LeeAnn Whitmore (auth. 6/8/2022)
LeeAnn E. Whitmore
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: June 13, 2022

Troy L. Nunley
United States District Judge