**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al., | CASE NO.: 2:17-cv-02415-TLN-CKD |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO MOVE FACT DISCOVERY DEADLINE |
| POOLE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs' counsels and Plaintiffs encountered an irreconcilable and actual dispute.

WHEREAS, Plaintiffs' counsels will file a Motion to Withdraw and Plaintiffs will find new counsels.

WHEREAS, the current discovery schedule is set as:

Fact Discovery Cut-Off:            September 8, 2022

Expert Witness Disclosures:        October 8, 2022

Rebuttal Expert Witness Disclosures:	November 8, 2022

Expert Discovery Cutoff:	December 11, 2022

Last Day to File Dispositive Motion:	January 8, 2023

WHEREAS, Plaintiffs' counsels informed Defendants of the conflict and intent to file a motion to withdraw.

WHEREAS, Defendants agreed to vacate the case schedule and stay the case for 60 days to allow Plaintiffs to find new counsel.

**IT IS SO AGREED.**

Dated: September 8, 2022					POINTER & BUELNA, LLP

/s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: September 8, 2022					OFFICE OF THE ATTORNEY GENERAL

**/s/**LeeAnn Whitmore (auth. 9/8/2022)
LeeAnn E. Whitmore
Attorney for Defendants

**IT IS SO ORDERED.**

DATED:  September 9, 2022

_____
Troy L. Nunley
United States District Judge