UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al., | No. 2:17-cv-2415-TLN-CKD PS |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| ADAM POOLE, et al., | |
| Defendants. | |

On March 24, 2023, the court granted plaintiffs' attorneys' motion to withdraw as counsel, leaving plaintiffs pro se.[1] (ECF No. 59.) Plaintiffs' former counsel were directed to serve the order granting the motion to withdraw as counsel on plaintiffs "and then file proof of service — including all Plaintiffs' physical addresses — with the Court within fourteen (14) days…" (Id. at 3.) Former counsel have not filed proof of service as ordered by the court.

"Failure of counsel… to comply with… any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. Local Rule 110. Plaintiffs' former counsel shall show cause why the court should not impose sanctions for their failure to comply with the March 23, 2023, order.

---

[1] Because plaintiffs now proceed pro se, this matter was referred to the undersigned under Local Rule 302(c)(21) for all purposes exclusive of the pretrial conference and trial.

1

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Within fourteen (14) days of service of this order, plaintiffs' former counsel shall show cause in writing why the court should not impose sanctions for their failure to comply with the March 23, 2023, order.

2. If they have not already done so, plaintiffs' former counsel shall serve the March 23, 2023, order on plaintiffs and then file proof of service — including all of plaintiffs' physical addresses — with the court within fourteen (14) days of service of this order.

3. The Clerk's Office is directed to serve this order on terminated counsel at the following addresses:

> Melissa Catherine Nold
> Nold Law
> 521 Georgia Street
> Vallejo, CA 94590
>
> Patrick Matthew Buelna
> Pointer & Buelna, LLP
> 155 Filbert Street
> Suite 208
> Oakland, CA 94607

Dated:  June 15, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.G.M.17cv2415.osc