UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M., et al., | No. 2:17-cv-2415-TLN-CKD PS |
| Plaintiffs, | ORDER |
| v. | |
| ADAM POOLE, et al., | |
| Defendants. | |

On March 24, 2023, the court granted plaintiffs' attorneys' motion to withdraw as counsel, leaving plaintiffs pro se.[1] (ECF No. 59.) Plaintiffs' former counsel were directed to serve the order granting the motion to withdraw as counsel on plaintiffs "and then file proof of service — including all Plaintiffs' physical addresses — with the Court within fourteen (14) days…" (Id. at 3.) Former counsel did not file proof of service as ordered by the court. In response to the court's subsequent order to show cause filed on June 16, 2023, however, former counsel indicate they did not receive notice of the court's order granting the motion to withdraw due to the simultaneous termination of counsel from the docket. (See ECF No. 61.)

////

////

---

[1] Because plaintiffs now proceed pro se, this matter was referred to the undersigned under Local Rule 302(c)(21) for all purposes exclusive of the pretrial conference and trial.

1

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The order to show cause filed on June 16, 2023, is DISCHARGED.

2. Former counsel are granted an extension of time of 14 days from the date of this order to serve the March 23, 2023, order on plaintiffs; within 7 days thereafter, former counsel shall file proof of service — including all of plaintiffs' physical addresses — with the court.

3. The Clerk's Office is directed to serve this order on terminated counsel at the following addresses:

> Melissa Catherine Nold
> Nold Law
> 521 Georgia Street
> Vallejo, CA 94590
>
> Patrick Matthew Buelna
> Pointer & Buelna, LLP
> 155 Filbert Street
> Suite 208
> Oakland, CA 94607

Dated: July 5, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
G.M.17cv2415.osc.disch

2