UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.M. et al., | No. 2:17-cv-02415-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| ADAM POOLE, et al., | |
| Defendants. | |

Plaintiffs G.M., C.M., and A.M., through their guardian ad litem, Kristina Comphor, are currently proceeding pro se in this action. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 10, 2024, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 64.) The time to file objections has passed, and neither party filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on July 10, 2024 (ECF No. 64), are ADOPTED IN FULL;
2. This case is DISMISSED without prejudice for plaintiffs' failure to prosecute.
3. The Clerk of the Court is directed to close this case.

Date: August 5, 2024

_____
Troy L. Nunley
United States District Judge

2